**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG - 2 2005

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| C. RAYMOND JONES, #1107489, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:05-CV-0653-B |
| | ) | |
| DOUGLAS DRETKE, Director Texas | ) | |
| Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
| Respondent. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that

the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they

are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation

of the Magistrate Judge are ADOPTED.

Signed this 2nd day of Aug., 2005.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE